[No. 901-2.    Division Two.    October 1, 1973.]

RICHARD J. FEEK et al., *Appellants*, v. KITSAP COUNTY et al., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 58882, Jay W. Hamilton, J., entered September 27, 1972. *Remanded* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 1821-1.    Division One.    October 1, 1973.]

EMIL NELSON, *Appellant*, v. VIRGINIA NELSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D-34542, James A. Noe, J., entered June 28, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Callow, JJ.

[No. 1859-1.    Division One.    October 1, 1973.]

THE CITY OF SEATTLE, *Respondent*, v. ROBERT FRANK RILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 56963, William J. Wilkins, J., entered July 26, 1972. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Horowitz and Williams, JJ.

[No. 911-3.    Division Three.    October 5, 1973.]

*In the Matter of the Welfare of* DANA BAUM et al., *Minors*.

SUSAN BAUM, *Petitioner*, v. THE SUPERIOR COURT FOR LINCOLN COUNTY, *Respondent*.

Certiorari to review a judgment of the Superior Court for Lincoln County, No. J-647, Richard J. Ennis, J., entered July 13, 1973. *Affirmed* by unpublished per curiam opinion.